UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 13
Tamala S. Swanson,  Case No. 22-41645-mlo

        Debtor,
_____/

                                               Adversary Proceeding No. 22-4098
U of M Credit Union                  Hon. Maria L. Oxholm
        Plaintiff,

v.

Tamala S. Swanson,
        Defendant.
_____/

## **ORDER REGARDING DISMISSAL AND RETENTION OF RESIDUAL JURISDICTION**

As a result of the dismissal of the Chapter 13 case on <u>June 16, 2022</u>,

 The Court shall dismiss the adversary proceeding unless a party files a motion requesting the Court to retain residual jurisdiction.

 The motion shall be filed within 14 days of this order (07/11/2022) or the adversary proceeding shall be dismissed.

 IT IS SO ORDERED.

**Signed on June 27, 2022**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**